IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATAUNYA GIPSON | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-4232 |
| | § § | |
| ACCOUNTS RECEIVABLES MANAGEMENT, INC. | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Dismissal Pursuant to Settlement, submitted on January 11, 2011, in which the Plaintiff informs the Court that the parties have resolved all matters between them, and asks the Court to dismiss this action with prejudice.

Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on January 11, 2011.

Ewing Werlein, Jr.
United States District Judge